LORI N. BROWN, ESQ.
Nevada Bar No. 8858
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (602) 794-3651
Facsimile:  (702) 255-2858
E-Mail: lbrown@grsm.com

*Attorneys for Portfolio Recovery Associates, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WILCOX and CONNIE WILCOX,<br><br>Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | CASE NO.  20-cv-01545-JAD-NJK<br><br>**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

COMES NOW Defendant, Portfolio Recovery Associates, LLC, ("PRA"), by counsel, and moves this Honorable Court for an order granting a 28-day extension of time in which to respond to Plaintiffs' Second Amended Complaint. In support thereof, PRA states as follows:

1. On October 1, 2021, Plaintiffs filed a First Amended Complaint. [ECF No. 53].

2. On June 3, 2022, an Order granting in part PRA's Motion to Dismiss Plaintiffs' First Amended Complaint was entered by the Court, providing leave to amend. [ECF No. 63].

3. On June 17, 2022, PRA filed its Answer to the First Amended Complaint. [ECF No. 65].

4. On June 23, 2022, Plaintiffs filed their Second Amended Complaint. [ECF No. 66].

5. PRA's response to the Second Amended Complaint is due on July 7, 2022.

6. PRA has good cause to make this request, as it will use the additional time to review Plaintiffs' lengthy newly amended pleading and evaluate whether Plaintiffs have plead

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

actionable claims sufficient to cure the deficiencies set forth in this Court's order dated June 3, 2022 [ECF No. 63]. Further, the Fourth of July holiday resulted in a truncated period requiring additional time for PRA's counsel to engage in this analysis.

7. Undersigned counsel has attempted to confer with Plaintiffs regarding this request for time extension. Specifically, on July 5, 2022, undersigned counsel emailed Plaintiffs seeking a stipulation to extend the time for PRA to respond to Plaintiffs' Second Amended Complaint. As of the date and time of the filing of this Motion, Plaintiffs have not responded to counsel's request.

8. The grounds for this Motion are made in good faith and not in an attempt to unnecessarily delay the case. Pursuant to District of Nevada Local Rule IA 6-1(a), no previous grants of extension of time have been requested by PRA to respond to the Second Amended Complaint.

WHEREFORE, Defendant, Portfolio Recovery Associates, LLC, respectfully requests that this Court grant it an extension of time up to and including August 4, 2022 to answer, move, or otherwise respond to the Second Amended Complaint.

DATED July 7, 2022.

**GRANTED.  NO FURTHER EXTENSIONS WILL BE ALLOWED.**
.
IT IS SO ORDERED.
Dated:  July 13, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Lori N. Brown*
Lori N. Brown, Esq.
Nevada Bar No. 8858
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorney for Portfolio Recovery Associates, LLC*

-2-