UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRUCE WILCOX, et al.,

    Plaintiff(s),

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

Case No. 2:20-cv-01545-JAD-NJK

**ORDER**

[Docket No. 70]

Pending before the Court is Plaintiffs' motion to include additional exhibits and correction of the second amended complaint. Docket No. 70. The Court liberally construes *pro se* filings, *Estelle v. Gamble*, 429 U.S. 97, 106 (1976), and interprets this filing as a motion to amend the complaint. Defendant filed a response to the motion indicating it does not oppose the relief sought.[1] Docket No. 71.

Accordingly, Plaintiffs' motion to include additional exhibits and correction of the second amended complaint, Docket No. 70, is hereby **GRANTED**.

Plaintiffs shall file and serve the complete amended complaint by September 14, 2022. *See* Local Rule 15-1.

IT IS SO ORDERED.

Dated: August 31, 2022

                                                  _____
                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] In Defendant's response to the motion, it requested that its answer responding to the second amended complaint be allowed to stand as its answer to Plaintiffs' third amended complaint. Docket No. 71. Local Rule IC 2-2(b) requires that each request shall be filed as a separate document. Accordingly, the Court declines to rule on Defendant's request at this time.

1