# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WILCOX, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | Case No. 2:20-cv-01545-JAD-NJK<br><br>**ORDER** |

On August 31, 2022, Plaintiffs were ordered to file and serve a complete copy of their third amended complaint no later than September 14, 2022. Docket No. 72. Plaintiffs have not filed their third amended complaint. *See* Docket.

Accordingly, Plaintiffs are **ORDERED** to file their complete third amended complaint by December 16, 2022. **Failure to comply with this order may result in sanctions, including a recommendation to the District Judge that this case be dismissed.**

IT IS SO ORDERED.

Dated: December 2, 2022

                                                      Nancy J. Koppe<br>
                                                    United States Magistrate Judge