UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WILCOX, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> Defendant. | Case No. 2:20-cv-01545-JAD-NJK <br><br> **ORDER** |

The Court previously stayed discovery in this case pending resolution of Defendant's motion to dismiss. Docket No. 47; *see also* Docket No. 32 (motion to dismiss). The Court instructed the parties that "[i]n the event resolution of the motion to dismiss does not result in termination of this case, the parties shall file a joint proposed discovery plan no later than seven days after the entry of the order resolving the motion to dismiss." Docket No. 47 at 2. The Court resolved Defendant's motion to dismiss on September 14, 2021. Docket No. 52. The parties, however, have failed to file an amended joint proposed discovery plan. *See* Docket.

Accordingly, the parties are **ORDERED** to file an amended joint proposed discovery plan no later than March 24, 2023.

IT IS SO ORDERED.

Dated: March 14, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1