UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WILCOX, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-01545-JAD-NJK<br><br>**Order**<br><br>[Docket No. 87] |

　　　　Plaintiffs filed several notices of deposition on the Docket. Docket No. 87. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

　　　　IT IS SO ORDERED.

　　　　Dated: May 30, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge