# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRUCE WILCOX, et al.

    Plaintiffs,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

Case No. 2:20-cv-01545-JAD-NJK

**Order**

[Docket No. 83]

    Pending before the Court is Defendant's motion for protective order. Docket Nos. 83; 85 (corrected image). Plaintiffs have not filed a response and the time to do so has now passed. *See* Docket. Defendant filed a reply notifying the Court of Plaintiffs' failure to respond to the motion. Docket No. 94.

    Defendant asks the Court to issue a protective order precluding the depositions of: 1) the CEO of Defendant's parent company; 2) Defendant's former attorney Kali Fox Miller; 3) Defendant's former attorney Samantha Eckelman; 4) Defendant's former employee Shannan B. Powell; 5) Defendant's alleged former employee Michelle Cox; and 6) the manager of Defendant's Nevada debt collection activities from November 2017 to March 2020. Docket No. 85 at 3. Defendant submits that, among other reasons, procedural defects exist in the deposition notices and the depositions are precluded under federal discovery rules or federal case law. *See id.* at 4-12.

    Failure to respond to a motion constitutes consent to the granting of the motion. Local Rule 7-2(d). Further, the Court has reviewed Defendant's motion and finds that good cause exists for a protective order. Fed. R. Civ. P. 26(c)(1)

Accordingly, Defendant's motion for protective order is **GRANTED**. Docket No. 83. Plaintiffs may not depose any of the above-listed individuals. This order does not alter Plaintiffs' right to depose Defendant's Rule 30(b)(6) designee.

IT IS SO ORDERED.

Dated: June 15, 2023

‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌_____
Nancy J. Koppe
United States Magistrate Judge